STATE of Missouri, Respondent,

v.

Vernon CAMPBELL, a/k/a Verlee Campbell, Jr., Appellant.

No. 49913.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 4, 1986.

Motion for Rehearing and/or Transfer Denied March 4, 1986.

Application to Transfer Denied April 15, 1986.

Debra Buie Arnold, Public Defender, St. Louis, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for assault, second degree, in violation of § 565.060, RSMo Supp.1984, and armed criminal action, in violation of § 571.015, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Kenneth Ray JENNINGS, Appellant.

No. WD 35787.

Missouri Court of Appeals,
Western District.

Feb. 4, 1986.

Rehearing Denied March 27, 1986.

Carol Jo Larkin, Public Defender, Columbia, for appellant.

William Webster, Atty. Gen., John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and TURNAGE and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for murder, second degree, in violation of § 565.004, RSMo 1978.[1]

Judgment affirmed. Rule 30.25(b).

1. Section 565.004, RSMo has since been amended, but said amendment was subsequent to the events herein.